# Third District Court of Appeal

## State of Florida

Opinion filed August 31, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0005
Lower Tribunal No. F21-15074
_____

**Edward Webb,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Edward Webb, in proper person.

Ashley Moody, Attorney General, and Sheron Wells, Assistant Attorney General (Tallahassee), for appellee.

Before LOGUE, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.  See § 944.28(1), Fla. Stat. (2022); § 947.141(6), Fla. Stat.; Fla. Admin. Code R. 33-601.104(1)(a)2.; Mayes v. Moore, 827 So. 2d 967, 973 (Fla. 2002); Duncan v. Moore, 754 So. 2d 708, 710 (Fla. 2000); Evans v. Singletary, 737 So. 2d 505, 507 (Fla. 1999).